UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVTAR SINGH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ACTING FIELD OFFICE DIRECTOR OF THE LOS ANGELES FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　　Respondents, | Case No.  1:26-cv-0650-DC-JDP<br><br><br>ORDER |

　　　　On February 3, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it. ECF No. 13. The court ordered petitioner's immediate release and referred the matter to me for further proceedings. *Id.*

　　　　If additional briefing is needed to decide the merits, within seven days of the date of this order, respondents may file an answer. If respondents file an answer, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

1

1    Accordingly, it is hereby ORDERED that if additional briefing is needed, respondents
2 may file an answer within seven days of the date of this order.  If respondents file an answer,
3 petitioner may file a traverse within seven days.  If respondents do not file an answer by this
4 deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    February 27, 2026                                         _____
                                                                    JEREMY D. PETERSON
                                                                    UNITED STATES MAGISTRATE JUDGE